IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HORACE BENJAMIN CUMMINGS,
D.O. C. # 303027,

    Plaintiff,

v.                                                            4:24cv194–WS/MAF

CASEY M. PAYNTER, L.P.N., et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
SECOND REPORT AND RECOMMENDATION

Before the court is the magistrate judge's second report and recommendation (ECF No. 17) docketed July 1, 2024. The magistrate judge recommends that Plaintiff's case be transferred to the Middle District of Florida for all further proceedings. No objections to the report and recommendation have been filed.

The court having reviewed the matter, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 17) is adopted and incorporated by reference in this order of the court.

2. The clerk shall TRANSFER this action to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

DONE AND ORDERED this   7th   day of   August  , 2024.

                            s/ William Stafford
                            WILLIAM STAFFORD
                            SENIOR UNITED STATES DISTRICT JUDGE